JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL GOMEZ, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF HOPE, a California corporation; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 2:15-cv-07113-CAS-MRW<br><br>**ORDER GRANTING DISMISSAL OF CERTAIN CLAIMS AND REMANDING THIS ACTION TO STATE COURT**<br><br>Judge:      Hon. Christina A. Snyder<br>Courtroom:  5<br><br>State Action Filed:   July 28, 2015<br>Action Removed:     September 10, 2015<br>Trial Date:              November 15, 2016 |

### ORDER

The Court has read and considered the "STIPULATION TO DISMISS CLAIMS AND REMAND THIS REMOVED ACTION TO STATE COURT" filed by the parties in this action  Based on the stipulation, all pleadings and papers on file in this action, and good cause appearing:

IT IS HEREBY ORDERED that the relief requested in the stipulation is GRANTED as follows:

1. The first cause of action for Workers' Compensation Retaliation and the eighth cause of action for Intentional Infliction of Emotional Distress are dismissed without prejudice.

2. This action is ordered remanded to state court.

SO ORDERED.

DATED: April 12, 2016

_____
Judge: Hon. Christina A. Snyder
United States District Judge